

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ZIP TOP, LLC AND FINELL CO., LLC, PLAINTIFFS, | § § § | |
| V. | § | CAUSE NO. 1:18-CV-276-LY |
| BLUEAVOCADO CO., DEFENDANT. | § § § § | |

## ORDER

Before the court in the above-styled and numbered cause is Rule 12(c) Motion for Judgment on Trade Dress Claims filed November 6, 2018 (Dkt. No. 28). The motion requests a judgment that Zip Top® containers and packaging to not infringe on any valid BlueAvocado trade dress rights in its re(zip)® bags and packaging. BlueAvocado admits in its Second Amended Answer and Counterclaims (Dkt. No. 26) that the trade dress of Zip Top® containers and packaging is distinguishable from re(zip)® bags and packaging. Accordingly,

**IT IS THEREFORE ORDRED** that Rule 12(c) Motion for Judgment on Trade Dress Claims filed November 6, 2018 (Dkt. No. 28) is **GRANTED**. The court hereby renders judgment that Zip Top® containers and packaging does not infringe any valid Blue Avocado trade dress right in re(zip)® bags and packaging.

SIGNED this _4th_ day of December, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE